UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OAK-HEE KIM, a/k/a
OAK-HEE RUESCH

v.                                                       CIVIL ACTION NO. 19mc91242ADB

JAMES A. GOODHUE

"Petition for Leave to File Documents By Enjoined Litigant Pursuant to the Court's December 5, 2017 Enjointment Order"

Petitioner requests "Leave to File Documents with certification under oath that there is a good-faith basis for the proposed filing to the Court" for the otherwise qualified handicapped person's otherwise qualified inquiry under the Fair Housing Amendment Act (FHAA). 42 U.S.C. §§ 3601 et seq. (2000). This, to the contrary have had been futile for the handicapped, rather encouraged for an unlawful acts to be continued Lawlessly periling handicapped to be in suffered damages — a victim of an unrelenting fate — and that to be affirmed by the Court for Law Worthy, is necessary to ensure that the hadicapped person's only available remedy for survival; avoidances from "a Lawless acts". As Ordered by the Court, seeking to file document is attached.

WHEREFORE, Petitioner prays that the Court grant her entitled above.

Dated: February 25, 2019

Oak-hee Kim, Petitioner
23 Walker Street, Apt. C
Newtonville, MA 02460
(617) 964-1587